IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00818-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

STEPHEN HINES,

    Plaintiff,

v.

BSI FINANCIAL SERVICES, INC.,
FCI LENDER SERVICES,
JANEWAY LAW FIRM, P.C., and
DOES 1-10,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Stephen Hines, resides in Denver, Colorado.  On April 17, 2015, he submitted a Verified Complaint (ECF No. 1).  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted document is deficient as described in this order.  Mr. Hines will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1)   ___   is not submitted
(2)   ___   is not on proper form (must use the Court's current form)
(3)   ___   is missing original signature by Plaintiff
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete
(6)   ___   affidavit is not properly notarized
(7)   ___   names in caption do not match names in caption of complaint, petition or application
(8)   ___   other:

**Complaint or Petition**:

(9)  __  is not submitted
(10) X   is not on proper form (must use the court's current form)
(11) __  is missing an original signature by the Plaintiff
(12) __  is incomplete
(13) __  uses et al. instead of listing all parties in caption
(14) __  names in caption do not match names in text of Complaint
(15) X   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) __  other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used in filing a Complaint, along with the applicable instructions, at www.cod.uscourts.gov, and use the forms to cure the above noted deficiencies. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED April 21, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge