IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00818-GPG

STEPHEN HINES,

    Plaintiff,

v.

BSI FINANCIAL SERVICES, INC.,
FCI LENDER SERVICES,
JANEWAY LAW FIRM, P.C., and
DOES 1-10,

    Defendants.

---

ORDER TO DRAW CASE TO A PRESIDING JUDGE AND A MAGISTRATE JUDGE

---

After review, the Court has determined that this is a non-prisoner case and Plaintiff has paid the filing fee in full, so the case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge. Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

DATED April 22, 2015, at Denver, Colorado.

                                        BY THE COURT:

                                        S/ Gordon P. Gallagher

                                        _____
                                        United States Magistrate Judge