IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No 15-cv-00818-RBJ

STEPHEN HINES,

    Plaintiff,

v.

BSI FINANCIAL SERVICES, INC.,
FCI LENDER SERVICES, and
JANEWAY LAW FIRM, P.C.,

    Defendant.

## ORDER TO SHOW CAUSE

This matter comes before the Court upon review of the file. The Court notes that the plaintiff filed the complaint that opened this case on April 12, 2015. ECF No. 1. There is no indication in the file that the defendants were served and no answer or response to the complaint has been received.

The Court now orders the plaintiff to show cause within 14 days as to why this case should not be dismissed for failure to prosecute.

DATED this 3rd day of September, 2015.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge