IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 15-cv-00818-RBJ

STEPHEN HINES,

    Plaintiff,

v.

BSI FINANCIAL SERVICES, INC.,
FCI LENDER SERVICES, and
JANEWAY LAW FIRM, P.C.,

    Defendant.

## ORDER OF DISMISSAL

On September 3, 2015 this Court issued an order to show cause [Docket #13] returnable by plaintiff within fourteen (14) days as to why this case should not be dismissed for failure to prosecute. To date the Court has received no response.

Accordingly, it is ordered that the case is DISMISSED without prejudice for plaintiff's failure to prosecute.

DATED this 22nd day of September, 2015.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge